

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00270-CV

**IN THE INTEREST OF R.M.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00044
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent. No costs are assessed.

SIGNED August 28, 2024.

_____
Lori Massey Brissette, Justice